

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00518-CV

| | | |
|---|---|---|
| Cowboys Concert Hall-Arlington, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (17-244640-10) |
| v. | | |
| | § | May 1, 2014 |
| Bruce Jones | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment that provided that Randy Anderson committed gross negligence, imputed liability to Cowboys, and awarded exemplary damages, and we render a take-nothing judgment on Bruce Jones' claims for gross negligence and exemplary damages. We also reverse that portion of the trial court's judgment awarding $11,916.96 for past medical expenses and render a judgment for $2,525.50 as damages for Bruce Jones' past medical expenses. We affirm the remainder of the trial court's judgment.

It is further ordered that each party of this appeal shall pay one-half of all of the appellate costs, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM